FILED
CLERK'S OFFICE

--7 P

U.S. DISTRICT COURT
DISTRICT OF MASS

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

yn A. Neaves, Assistant Attorney
ral
f Appellate Division- Criminal Bureau
Ashburton Place
on MA  02108-1598

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
7-2-04

C. Signature
X William J Coughlan
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7000 2870 0000 2463 1915

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952