**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kathleen M. Dennehy, Commissioner of Corrections
   CI CEDAR JUNCTION
   SOUTH WALPOLE MA  02071

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): SARA STE...
B. Date of Delivery: 7-6-04
C. Signature: X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7000 2870 0000 2653 1308

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Office of the Clerk
1550 Main Street
Springfield, MA 01103

CA 04-30124-MAP