UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-30124-MAP

ALEX DELGADO, Petitioner,

vs.

KATHLEEN M. DENNEHEY, Respondent.

PETITIONER'S MOTION TO SUPPLEMENT
PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Alex Delgado moves the Court for leave to supplement his Petition For Writ of Habeas Corpus by adding the appended signature page to his initial petition, filed June 30, 2004.

Respectfully submitted,
ALEX DELGADO, PETITIONER

By_____
John M. Thompson
Federal Bar No. 22530
Thompson & Thompson, P.C.
1331 Main Street, Suite 320
Springfield, MA 01103
[413] 739-2100
[413] 739-2300 facsimile

Certificate of Service

The undersigned certifies that a true and accurate copy of the foregoing motion has been served upon Assistant Attorney General Cathryn A. Neaves, One Ashburton Place, Boston, MA 02108 by first class mail, postage prepaid, this 12th day of July, 2004.

_____
John M. Thompson

AO 241    (Rev. 5/85)

    (c) At trial  SAME AS ABOVE

    (d) At sentencing  SAME AS ABOVE

    (e) On appeal  JOHN M. THOMPSON, 1331 MAIN STREET, SPRINGFIELD, MA 01103

    (f) In any post-conviction proceeding  SAME AS ABOVE

    (g) On appeal from any adverse ruling in a post-conviction proceeding  SAME AS ABOVE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐    No  X

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No  X
    (a) If so, give name and location of court which imposed sentence to be served in the future:  N/A

    (b) Give date and length of the above sentence:  N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*[signature]*
Signature of Attorney (if any)

June 30, 2004

I declare under penalty of perjury that the foregoing is true and correct. Executed on

July 03, 2004
Date

*[signature]*
Signature of Petitioner

(7)