UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEX DELGADO,<br>  Petitioner,<br><br>v.<br><br>KATHLEEN M. DENNEHY,<br>  COMMISSIONER OF CORRECTION,<br>  Respondent. | Civil Action No. 04-30124-MAP |

## SUPPLEMENTAL ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases, the respondent submits the following material as a supplement to his Answer.

1. Brief of Appellant Delgado on Appeal to the Massachusetts Supreme Judicial Court (SJC-05927)

2. Record Appendix of Appellant Delgado on Appeal to the Massachusetts Supreme Judicial Court (SJC-05927)

3. Brief of Appellant Arriaga on Appeal to the Massachusetts Supreme Judicial Court (SJC-05927)

4. Record Appendix of Appellant Arriaga to the Massachusetts Supreme Judicial Court (SJC-05927)

5. Brief for the Commonwealth of Massachusetts on Appeal to the Massachusetts Supreme Judicial Court (SJC-05927.)

6. Reply Brief for the Appellant Delgado (SJC-05927).

7. *Commonwealth v. Hector Arriaga (and a companion case)*, 438 Mass. 556, 781 N.E. 2d 1253 (2003).

2

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, Ext. 2855
BBO No. 037060