```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

ALEX DELGADO,                 )
 Petitioner                   )
                              )
        v.                    )    Civil Action No. 04-30124-MAP
                              )
KATHLEEN M. DENNEHY,          )
Commissioner of Correction,   )
Respondent                    )


<u>ORDER RE: FURTHER PROCEEDINGS</u>

December 29, 2004

PONSOR, D.J.

In response to the court's order of July 1, 2004, the respondent has filed an answer and supplemental answer to the petition filed pursuant to 28 U.S.C. § 2254.

To the extent that either the petitioner or the respondent intends to file a dispositive motion or a motion for an evidentiary hearing, this motion or motions will be filed no later than January 28, 2005. Opposition may be filed by February 28, 2005. The court will thereafter rule on the pending motion or motions on the papers, or will set the matter for oral argument.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge