## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEX DELGADO, | ) |
|   Petitioner | ) |
| | ) |
|       v. | ) Civil Action No. 04-30124-MAP |
| | ) |
| KATHLEEN M. DENNEHY, | ) |
| Commissioner of Corrections, | ) |
|   Respondent | ) |

### ORDER REGARDING STATUS REPORT

#### May 2, 2006

PONSOR, D.J.

A significant amount of time has passed in this case without recorded activity. Counsel are hereby ordered to file with the court, either jointly, or (if necessary) separately, a status report or reports no later than June 2, 2006. The report or reports should say what the present status of the case is and what remains to be done to resolve it.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge