```
               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

ALEX DELGADO,                  )
  Petitioner                   )
                                         )
      v.                         ) Civil Action No. 04-30124-MAP
                                         )
KATHLEEN M. DENNEHY,           )
Commissioner of Corrections,   )
  Respondent                   )


### SCHEDULING ORDER

June 5, 2006

PONSOR, D.J.

    Having now received the status reports from both Petitioner and Respondent, the court orders as follows:

    1. Respondent will file a dispositive motion with regard to any defense to the petitioner currently available, with a supporting memorandum, no later than July 7, 2006.

    2. Petitioner's memorandum in opposition to this motion will be filed no later than August 7, 2006.

    3. Respondent's reply may be filed no later than August 21, 2006.

    4. Counsel will appear before this court for argument on Respondent's motion on August 29, 2006 at 3:00 p.m.

    It is So Ordered.

                                              /s/ Michael A. Ponsor
                                            MICHAEL A. PONSOR
                                            U. S. District Judge