UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **ALEX DELGADO,**<br>  Petitioner,<br><br>v.<br><br>**KATHLEEN M. DENNEHY,**<br>  **COMMISSIONER OF CORRECTION,**<br>  Respondent. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-30124-MAP<br>)<br>)<br>)<br>)<br>) |

## RESPONDENT'S MOTION FOR LEAVE TO FILE MOTION AND SUPPORTING MEMORANDUM OF LAW INSTANTER

The respondent, through counsel, respectfully moves this Court for leave to file a motion to dismiss and supporting memorandum of law instanter.  As grounds therefor the respondent's attorney states that researching and drafting the memorandum was interrupted by unanticipated developments regarding several other cases.  Undersigned counsel was obliged to put aside the above project to deal with urgent matters including responding to a deposition subpoena and filing an opposition to motions. Counsel regrets any inconvenience to the Court or petitioner's counsel regarding this matter and will assent to any adjustments to the Scheduling Order.

Wherefor, for the above stated reasons, the respondent respectfully moves this Court for leave to file a motion to dismiss and supporting memorandum of law instanter

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Annette C. Benedetto
Annette C. Benedetto

2

Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
 BBO No. 037060

## CERTIFICATE OF CONSULTATION

     Pursuant to Local Rule 7.1 (A) (2) , the respondent's attorney certifies that she left a message with the office of the petitioner's counsel, John Thompson, on August 25, 2006, relative to the motion to file instanter.

     /s/ Annette C. Benedetto
     Annette C. Benedetto
     Assistant Attorney General

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

August 25, 2006                              /s/ Annette C. Benedetto
                                              Annette C. Benedetto
                                              Assistant Attorney General