UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ALEX DELGADO,<br>  Petitioner,<br><br>v.<br><br>KATHLEEN M. DENNEHY,<br>  COMMISSIONER OF CORRECTION,<br>  Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-30124-MAP<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

### TRIAL TRANSCRIPTS

COMMONWEALTH V. DELGADO, CRIMINAL IND. NO 93-127
HAMPDEN SUPERIOR COURTHOUSE
SEPTEMBER 7-21, 1993
VOLUMES 1-12

                Respectfully submitted,

                THOMAS F. REILLY
                ATTORNEY GENERAL
                /s/ Annette C. Benedetto
                Annette C. Benedetto
                Assistant Attorney General
                Criminal Bureau
                One Ashburton Place
                Boston, Massachusetts 02108
                (617) 727-2200
                BBO No. 037060

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the paper transcripts and a CD containing the transcripts was served upon the petitioner's counsel by first-class mail, postage pre-paid, on August 25, 2005, addressed as follows:

**John M. Thompson**
**Thompson & Thompson**
**1331 Main Street**
**Springfield, MA 01103**

                                            /s/ Annette C. Benedetto
                                            **Annette C. Benedetto**
                                            **Assistant Attorney General**