UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: WARDEN, SOUZA BARANOWSKI CORRECTIONAL INSTITUTE, SHIRLEY, MA

YOU ARE COMMANDED to have the body of  ALEX DELGADO       now in your custody, before the

United States District Court for the District of Massachusetts, United States Courthouse, 1550 Main St.,

U.S. Marshal's Office, 4th Floor, Springfield, Massachusetts on   11/16/06, at  2:00 p.m..    for the purpose

of   MOTION HEARING

in the case of ALEX DELGADO   V.   KATHLEEN DENNEHY

CV NUMBER 04-30124-MAP

And you are to retain the body of said  ALEX DELGADO  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  ALEX DELGADO   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this  1  day of   NOVEMBER, 2006      .


PONSOR, D.J.
UNITED STATES DISTRICT JUDGE

SARAH THORNTON
CLERK OF COURT

SEAL

By: /s/Elizabeth A. French
Deputy Clerk

(Habeas Writ.wpd - 2/2000)                                                                                   [kwhcap.] or
                                                                                                              [kwhcat.]