

**WILLIAM M. BENNETT**
DISTRICT ATTORNEY

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF HAMPDEN
HALL OF JUSTICE
50 STATE STREET
SPRINGFIELD, MASSACHUSETTS 01103

OFFICE OF THE DISTRICT ATTORNEY

TEL: 413-781-8100

May 6, 1993

David P. Hoose, Esq.
Katz, Sasson & Hoose
1145 Main Street, Suite 304
Springfield, MA 01103

Greg T. Schubert, Esq.
Marketplace
1365 Main Street
Springfield, MA 01103

Terrence M. Dunphy, Esq.
51 Park Avenue
West Springfield, MA 01089

Richard J. Rubin, Esq.
101 State Street, Suite 616
Springfield, MA 01103

Andrew M. Klyman, Esq.
Comm. for Public Counsel Serv.
1145 Main Street, Suite 208
Springfield, MA 01103

Terry Scott Nagel, Esq.
Alicea and Nagel
175 State Street, Suite 302
Springfield, MA 01103

    Re:  <u>Commonwealth v. Alex Delgado, Hector Arriaga, Hugo Morales, Maria Mercado, Ismael Cintron and Cruz Gonzalez</u>

Dear Messrs. Hoose, Schubert, Dunphy, Rubin, Klyman and Nagel:

   The Commonwealth hereby notifies the defendants of the following rewards and promises:

    1.  <u>Maria Mercado</u> -- The Commonwealth has agreed that it will take Ms. Mercado's cooperation, including her truthful testimony, into consideration in resolving the charge pending against her. Because of Ms. Mercado's concerns about the safety of her children, the Commonwealth agreed to and did transport her children to a place selected by Ms. Mercado where they will live. In an effort to keep their location secure, the Commonwealth has facilitated Ms. Mercado's communications with them and their caretaker.

EXHIBIT 3

Messrs. Hoose, Schubert, Dunphy,
    Rubin, Klyman and Nagel
May 6, 1993
Page 2

    2.  <u>Ismael Cintron</u> -- The Commonwealth has agreed that it will take Mr. Cintron's cooperation, including his truthful testimony, into consideration in resolving the charges pending against him.

    3.  <u>Cruz Gonzalez</u> -- The Commonwealth has agreed that it will take Mr. Gonzalez's cooperation, including his truthful testimony, into consideration in resolving the charges pending against him.

In response to Mr. Dunphy's request regarding other misconduct, the Commonwealth notifies the defendant Hugo Morales that it anticipates offering evidence of the defendant's association with and participation in the Latin Kings and that it has no present intent to offer evidence of misconduct other than that which has been provided to defense counsel in discovery.

The Commonwealth recognizes its ongoing obligation to supplement discovery responses throughout the pendency of this matter.

                      Very truly yours,

                      Laurel H. Brandt
                      Assistant District Attorney
                      Ext. 3035

1280p