UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEX DELGADO,,
        Petitioner(s)

v.   CIVIL ACTION:   04-30124-MAP

KATHLEEN M. DENNEHY,   Commissioner
of Corrections,
        Respondent(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT entered for the Respondent pursuant to the Memorandum and Order of the Court entered this date , the Court having granted the Respondent's motion to dismiss on March 19, 2007.**

                SARAH A. THORNTON,
                CLERK OF COURT

Dated:  August 27,   2007         By  /s/Mary Finn
                                        Deputy Clerk

(Judgment Civil.wpd - 11/98)                        [jgm.]