```
        UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS

         CIVIL NO. 04-30124-MAP


     ALEX DELGADO, Petitioner,

              vs.

     KATHLEEN M. DENNEHEY, Respondent.
```

---

PETITIONER'S NOTICE OF APPEAL

---

Petitioner Alex Delgado appeals to the United States Court of Appeals for the First Circuit the District Court's August 27, 2007 Judgment dismissing his petition for a writ of habeas corpus and all adverse rulings made preliminary to that judgment.

```
                    Respectfully submitted,
                    ALEX DELGADO, PETITIONER


                    By /s/ John M. Thompson
                       John M. Thompson
                       Federal Bar No. 22530
                       Thompson & Thompson, P.C.
                       1331 Main Street, Suite 320
                       Springfield, MA 01103
                       [413] 739-2100
                       [413] 739-2300 facsimile
```

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will copies will be sent to those indicated as non registered participants on this 24th day of September, 2007.

```
                     /s/ John M. Thompson
                     John M. Thompson
```

Case 3:04-cv-30124-MAP    Document 48    Filed 09/24/2007    Page 2 of 2