UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04cv30124-MAP

ALEX DELGADO

v.

KATHLEEN M. DENNEHY, Commissioner of Corrections



### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S  1 - 540

and contained in   3   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  2/26/07   .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:  /s/ Mary Finn
     Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date:  _____

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:    07-2477

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06