AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Alex Delgado
Plaintiff

v.

Kathleen M. Dennehey
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 04-30124-MAP

I, __Alex Delgado__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Souza-Baranowski Correctional Center__

   Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

      N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

      N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☐ No
   b. Rent payments, interest or dividends   ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☐ No
   d. Disability or workers compensation payments   ☐ Yes   ☐ No
   e. Gifts or inheritances   ☒ Yes   ☐ No
   f. Any other sources   ☐ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

$30-50 from my mother every 2-4 months

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount. 40.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

January 23, 2008
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20080125 10:47

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit# : | W55094 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page : 1 |
| Name : | DELGADO, ALEX, , | | | | Statement From | 20070825 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20080125 | | |
| Block : | L2 | | | | | | | |
| Cell/Bed : | 12 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $6,009.60 | $5,658.51 | $0.00 | $0.00 |
| 20070827 14:10 | ML - Mail | 9348335 | | SBCC | ~DARLENE | $25.00 | $0.00 | $0.00 | $0.00 |
| 20070829 21:39 | PY - Payroll | 9363774 | | SBCC | ~20070812 To 20070818 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20070829 21:39 | PY - Payroll | 9363775 | | SBCC | ~20070812 To 20070818 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20070831 22:30 | CN - Canteen | 9380781 | | SBCC | ~Canteen Date : 20070831 | $0.00 | $15.28 | $0.00 | $0.00 |
| 20070904 10:30 | ML - Mail | 9384283 | | SBCC | ~J DELGADO | $30.00 | $0.00 | $0.00 | $0.00 |
| 20070904 10:30 | MA - Maintenance and Administration | 9384285 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070905 21:35 | PY - Payroll | 9401156 | | SBCC | ~20070819 To 20070825 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20070905 21:35 | PY - Payroll | 9401157 | | SBCC | ~20070819 To 20070825 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20070906 16:37 | IS - Interest | 9413924 | | SBCC | | $1.61 | $0.00 | $0.00 | $0.00 |
| 20070906 16:37 | IS - Interest | 9413925 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20070907 09:17 | ML - Mail | 9432603 | | SBCC | ~GLORIA MARTINEZ | $50.00 | $0.00 | $0.00 | $0.00 |
| 20070907 22:30 | CN - Canteen | 9435939 | | SBCC | ~Canteen Date : 20070907 | $0.00 | $11.52 | $0.00 | $0.00 |
| 20070914 22:30 | CN - Canteen | 9474559 | | SBCC | ~Canteen Date : 20070914 | $0.00 | $14.68 | $0.00 | $0.00 |
| 20070921 22:30 | CN - Canteen | 9510174 | | SBCC | ~Canteen Date : 20070921 | $0.00 | $28.44 | $0.00 | $0.00 |
| 20070926 21:40 | PY - Payroll | 9529600 | | SBCC | ~20070909 To 20070915 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20070926 21:40 | PY - Payroll | 9529601 | | SBCC | ~20070909 To 20070915 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20070928 22:30 | CN - Canteen | 9543779 | | SBCC | ~Canteen Date : 20070928 | $0.00 | $4.39 | $0.00 | $0.00 |
| 20071003 21:37 | PY - Payroll | 9569459 | | SBCC | ~20070916 To 20070922 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20071003 21:37 | PY - Payroll | 9569460 | | SBCC | ~20070916 To 20070922 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20071005 22:30 | CN - Canteen | 9586079 | | SBCC | ~Canteen Date : 20071005 | $0.00 | $14.83 | $0.00 | $0.00 |
| 20071010 10:27 | ML - Mail | 9600220 | | SBCC | ~GLORIA MARTINEZ | $50.00 | $0.00 | $0.00 | $0.00 |
| 20071010 10:27 | MA - Maintenance and Administration | 9600222 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20071010 21:45 | PY - Payroll | 9607466 | | SBCC | ~20070923 To 20070929 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20071010 21:45 | PY - Payroll | 9607467 | | SBCC | ~20070923 To 20070929 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20071011 16:12 | CI - Transfer from Club to Inmate A/c | 9616918 | | SBCC | ~canteen refund 10/5~W55094 DELGADO,ALEX PERSONAL~KCN WASH ACCOUNT - Z5 | $0.34 | $0.00 | $0.00 | $0.00 |
| 20071012 16:47 | IS - Interest | 9626059 | | SBCC | | $1.84 | $0.00 | $0.00 | $0.00 |
| 20071012 16:47 | IS - Interest | 9626060 | | SBCC | | $0.00 | $0.00 | $0.04 | $0.00 |
| 20071012 22:30 | CN - Canteen | 9640883 | | SBCC | ~Canteen Date : 20071012 | $0.00 | $15.59 | $0.00 | $0.00 |
| 20071017 21:33 | PY - Payroll | 9662397 | | SBCC | ~20070930 To 20071006 | $5.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20080125 10:47

| Commit# : | W55094 | | | SOUZA-BARANOWSKI CORRECTIONAL | | Page : 2 |
|---|---|---|---|---|---|---|
| Name : | DELGADO, ALEX, , | | | Statement From | 20070825 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20080125 | |
| Block : | L2 | | | | | |
| Cell/Bed : | 12 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20071017 21:33 | PY - Payroll | 9662398 | | SBCC | ~20070930 To 20071006 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20071019 22:30 | CN - Canteen | 9677130 | | SBCC | ~Canteen Date : 20071019 | $0.00 | $11.08 | $0.00 | $0.00 |
| 20071024 21:33 | PY - Payroll | 9698570 | | SBCC | ~20071007 To 20071013 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20071024 21:33 | PY - Payroll | 9698571 | | SBCC | ~20071007 To 20071013 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20071026 11:10 | EX - External Disbursement | 9710533 | 38937 | SBCC | ~bill~Luz Reye | $0.00 | $50.00 | $0.00 | $0.00 |
| 20071026 22:30 | CN - Canteen | 9711896 | | SBCC | ~Canteen Date : 20071026 | $0.00 | $7.38 | $0.00 | $0.00 |
| 20071031 21:41 | PY - Payroll | 9731524 | | SBCC | ~20071014 To 20071020 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20071031 21:41 | PY - Payroll | 9731525 | | SBCC | ~20071014 To 20071020 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20071106 16:56 | IS - Interest | 9765808 | | SBCC | | $1.84 | $0.00 | $0.00 | $0.00 |
| 20071106 16:56 | IS - Interest | 9765809 | | SBCC | | $0.00 | $0.00 | $0.12 | $0.00 |
| 20071112 22:30 | CN - Canteen | 9809874 | | SBCC | ~Canteen Date : 20071109 | $0.00 | $26.49 | $0.00 | $0.00 |
| 20071121 22:30 | CN - Canteen | 9875811 | | SBCC | ~Canteen Date : 20071121 | $0.00 | $52.24 | $0.00 | $0.00 |
| 20071130 22:30 | CN - Canteen | 9913043 | | SBCC | ~Canteen Date : 20071130 | $0.00 | $55.65 | $0.00 | $0.00 |
| 20071206 16:40 | IS - Interest | 9952651 | | SBCC | | $1.41 | $0.00 | $0.00 | $0.00 |
| 20071206 16:40 | IS - Interest | 9952652 | | SBCC | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20071207 22:30 | CN - Canteen | 9975559 | | SBCC | ~Canteen Date : 20071207 | $0.00 | $73.14 | $0.00 | $0.00 |
| 20071213 22:30 | CN - Canteen | 10011596 | | SBCC | ~Canteen Date : 20071213 | $0.00 | $48.73 | $0.00 | $0.00 |
| 20071214 11:19 | IC - Transfer from Inmate to Club A/c | 10015749 | | SBCC | ~photos xmas~PHOTO - Z13~PHOTO - Z13 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20071220 22:30 | CN - Canteen | 10051057 | | SBCC | ~Canteen Date : 20071220 | $0.00 | $57.18 | $0.00 | $0.00 |
| 20071227 22:30 | CN - Canteen | 10087772 | | SBCC | ~Canteen Date : 20071227 | $0.00 | $33.04 | $0.00 | $0.00 |
| 20080104 22:30 | CN - Canteen | 10132822 | | SBCC | ~Canteen Date : 20080104 | $0.00 | $9.98 | $0.00 | $0.00 |
| 20080110 16:38 | IS - Interest | 10170849 | | SBCC | | $0.51 | $0.00 | $0.00 | $0.00 |
| 20080110 16:38 | IS - Interest | 10170850 | | SBCC | | $0.00 | $0.00 | $0.16 | $0.00 |
| 20080111 22:30 | CN - Canteen | 10192423 | | SBCC | ~Canteen Date : 20080111 | $0.00 | $14.31 | $0.00 | $0.00 |
| 20080115 14:17 | ST - Superintendent Act Transfer | 10199629 | | SBCC | ~W55094 DELGADO,ALEX PERSONAL | $40.48 | $0.00 | $0.00 | $40.48 |
| | | | | | | $243.03 | $553.45 | $40.48 | $40.48 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $40.67 | $0.00 |