UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


ALEX DELGADO,                    )
  Petitioner                     )
                                 )
          v.                     )  Civil Action No. 04-30124-MAP
                                 )
KATHLEEN M. DENNEHY,             )
Commissioner of Corrections,)
  Respondent                     )


MEMORANDUM AND ORDER REGARDING MOTION FOR
CERTIFICATE OF APPEALABILITY
(Dkt. No. 52)

February 29, 2008

PONSOR, D.J.

        Petitioner, a state prisoner serving a life term for
participation in a 1992 murder, filed an action for habeas
corpus pursuant to 28 U.S.C. § 2254.  On August 27, 2007, the
court dismissed his petition, addressing his several arguments
in detail.

        Petitioner has now filed a Motion for a Certificate of
Appealability.  For the reasons set forth in the court's
August 27, 2007 memorandum, this motion is hereby DENIED.  As
the court's memorandum indicates, there simply has not been
any substantial showing of the denial of a Constitutional
right.  Petitioner has not raised issues that are debatable
among jurists of reason, in the sense that some other court
could resolve these issues in a manner different than I did on
August 27, 2007.  Unfortunately for Petitioner, his petition

simply does not raise issues which deserve encouragement to

proceed further on appeal.

Accordingly, the Motion for Certificate of Appealability

is hereby DENIED.  This case can now be closed.

It is So Ordered.


/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge